IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT L. AYERS, JR., Acting Warden of California State Prison at San Quentin,<br><br>    Respondent<br>_____/ | No. C-98-2444 MMC<br><br>**ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM; DIRECTIONS TO COUNSEL** |

    In light of the requirements of the E-Government Act of 2002, IT IS HEREBY ORDERED that the case is assigned to the Electronic Case Filing Program, pursuant to General Order No. 45. All further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.

    A review of the file indicates that the following counsel of record are not registered with the Clerk of the Court for electronic service:

James William Bilderback, II  
CA Attorney General's Office  
300 South Spring St., 5th Floor  
Los Angeles CA 90013-1204

Louis W. Karlin  
CA Attorney General's Office  
300 South Spring St., 5th Floor  
Los Angeles CA 90013-1204

Fern M. Laethem  
State Public Defender's Office  
221 Main Street, 10th Floor  
San Francisco CA 94105

1 | Section IV(A) of General Order 45 provides that "[e]ach attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Accordingly, the above-referenced counsel are hereby DIRECTED to register, no later than March 6, 2008, as an ECF User and obtain an ECF User ID and password; failure to do so will result in said counsel no longer being served by the Clerk with court orders.[1] Forms and instructions concerning registration can be found on the district court's web site at ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: February 28, 2008

                                                    MAXINE M. CHESNEY
                                                    United States District Judge

---

[1] In an e-filing case, the Clerk does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D). Although the Court, as a courtesy, will direct the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail after March 6, 2008.