IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER, | No. C-98-2444 MMC |
| Petitioner, | **ORDER OF REFERENCE** |
| v. | |
| ROBERT L. AYERS, JR., Acting Warden of California State Prison at San Quentin, | |
| Respondent | |

The Honorable Martin J. Jenkins having read and considered respondent's Motion to Dismiss First Amended Petition, said motion is hereby REFERRED to the Honorable Martin J. Jenkins for the purpose of addressing the remaining issues presented therein.

**IT IS SO ORDERED.**

Dated: February 28, 2008

MAXINE M. CHESNEY
United States District Judge