FILED

MAR 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, Jr., Acting Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | NO. C 98-2444 MJJ<br><br>ORDER RE CMC<br><br>**DEATH PENALTY CASE** |

The Court has recently issued an order resolving respondent's Motion to Dismiss First Amended Petition. Before proceeding to further motions, the Court must re-address petitioner's claim that his current mental competency is at issue.[1]

The Ninth Circuit has held that capital habeas petitioners have a statutory right to competence during their federal habeas proceedings. *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803, 817, *cert. denied*, 540 U.S. 1069 (2003). Furthermore, the court held that "where an incompetent capital habeas petitioner raises claims that could potentially benefit from his ability to communicate rationally, refusing to stay proceedings pending restoration of competence denies him his statutory right to assistance of counsel, whether or not counsel can identify with precision the information sought." *Id.* at 819. Because petitioner's current competency impacts whether this and petitioner's

---

[1] When the parties addressed this issue via case management statements last year in case 00-3706, counsel for petitioner stated that it was not necessary to examine petitioner's competency at that time. Given the passage of time, the Court finds it prudent to re-address the issue before proceeding with substantive motions in this matter.

other capital habeas case may proceed, it is critical to address petitioner's mental status before addressing other claims.

Counsel for both parties are hereby ORDERED to participate in a telephonic case management conference regarding the above issue. The CMC will take place on March 26, 2008 at 11:30 am. Petitioner shall initiate the call and is ORDERED to contact courtroom deputy Monica Narcisse at 415-522-2123 at least one day prior to the conference for further instructions.

No less than seven days prior to the conference, petitioner's counsel shall file a case management statement addressing Carpenter's current competency. Respondent may file a statement in response no less than five days prior to the conference. The parties should be prepared to address the above during the CMC.

If petitioner does not intend to move forward on his incompetency claim at this time, the parties will be instructed to set a briefing schedule for a series of cross-motions for summary judgment on record-based claims.

**IT IS SO ORDERED.**

DATED: 3/11/2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARPENTER,

      Plaintiff,

v.

BROWN, ET AL et al,

      Defendant.
_____/

Case Number: CV98-02444 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
Federal Court Docketing
101 Second Street, Suite 600
San Francisco, CA 94105

Charles Jordan Press
USCA 9th Circuit
P O Box 193939
San Francisco, CA 94119-3939

Fern M. Laethem
State (CA) Public Defender's Office
221 Main St 10th Flr
San Francisco, CA 94105

Louis W. Karlin
CA Attorney General's Office
300 South Spring St., 5th Floor
Los Angeles, CA 90013-1204

Dated: March 11, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk