MICHAEL M. CRAIN
    State Bar No. 45083
P. O. Box 3730
Santa Monica, California 90408
Telephone 310-571-3324
Fax 310-626-9983
E-mail: Michaelmcrain@aol.com

ROBERT D. BACON
    State Bar No. 73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
Telephone 510-834-6219
Fax 510-444-6861
E-mail: bacon2254@aol.com

Attorneys for Petitioner Carpenter

UNITED STATES DISTRICT COURT FOR THE

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,<br><br>    Respondent. | No. C 98-2444 MMC &<br>No. C 00-3706 MMC<br><br>**DEATH PENALTY CASES**<br><br>**STIPULATION TO EXTEND DUE DATE FOR RESPONSIVE STATEMENTS**<br><br>AND ORDER THEREON |

    The Court's order of March 31, 2008 provides for responsive statements concerning procedures for competency evaluation to be filed within 15 days after the filing of the initial statements. The initial statements were filed on April 28, 2008, making the responsive statements due May 13, 2008. In light of attorney Michael M. Crain's anticipated work-related absence from the state from May 9 through 20, 2008, the parties stipulate pursuant to Local Rule 7-12 that the due date for both parties' responsive statements be extended from May 13, 2008, until **May 30, 2008.**

Pursuant to section X.B. of General Order No. 45, Robert D. Bacon, attorney for the petitioner, certifies that concurrence in the filing of this document has been obtained from Deputy Attorney General James William Bilderback II, attorney for the respondent.

Submitted May 2, 2008.

MICHAEL M. CRAIN

/s/ *Robert D. Bacon*
ROBERT D. BACON
Attorneys for Petitioner

/s/ *James William Bilderback II*
JAMES WILLIAM BILDERBACK II
Deputy Attorney General
Attorney for Respondent

PURSUANT TO STIPULATION, IT IS SO ORDERED. The due date for both parties' responsive statements concerning competency evaluation is extended from May 13, 2008, until **May 30, 2008.**

Signed May  7 , 2008.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE