IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ROBERT L. AYERS, Jr., Acting Warden of California State Prison at San Quentin,<br><br>　　　　　Respondent. | NOS. C 98-2444 MMC<br>　　　C-00-3706 MMC<br><br>ORDER TAKING MOTION UNDER SUBMISSION; VACATING HEARING<br><br>**DEATH PENALTY CASE** |

　　　Before the Court is petitioner's Motion to Terminate *Sua Sponte* Inquiry into Petitioner's Current Competency, filed April 28, 2008. Pursuant to Civil Local Rules 7-1(b) and 7-6, the Court finds the motion is appropriate for submission on the papers without oral argument. Accordingly, the hearing scheduled for June 13, 2008 is hereby VACATED.

　　　**IT IS SO ORDERED.**

DATED: June 5, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE