MICHAEL M. CRAIN
   State Bar No. 45083
P. O. Box 3730
Santa Monica, California 90408
Telephone 310-571-3324
Fax 310-626-9983
E-mail: Michaelmcrain@aol.com

ROBERT D. BACON
   State Bar No. 73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
Telephone 510-834-6219
Fax 510-444-6861
E-mail: bacon2254@aol.com

Attorneys for Petitioner Carpenter

UNITED STATES DISTRICT COURT FOR THE

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| DAVID J. CARPENTER, | No. C 98-2444 MMC |
| Petitioner, | No. C 00-3706 MMC |
| vs. | **DEATH PENALTY CASES** |
| ROBERT L. AYERS, Jr., Warden of San Quentin State Prison, | [~~PROPOSED~~] **ORDER SHORTENING TIME re MOTION FOR STAY OF COMPETENCY EVALUATION PENDING APPEAL** |
| Respondent. | |

   On unopposed motion of Petitioner, and good cause appearing, IT IS ORDERED:

   The motion to shorten time is granted with respect to the Petitioner's motion for stay of competency evaluation pending appeal.

   Respondent may serve and file a response to the motion for stay of competency evaluation pending appeal by ____ ~~m~~., September _9_, 2008.

   Petitioner may serve and file a reply in support of the motion for stay of competency evaluation pending appeal by ____ ~~m.,~~ September _11_, 2008.

1  The Court may determine the motion for stay on the written papers without an oral
2 hearing.
3  Signed September _5_, 2008.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE