IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, Jr., Warden of<br>California State Prison at San Quentin,<br><br>　　　　Respondent. | NOS. C 98-2444 MMC<br>　　　C-00-3706 MMC<br><br>ORDER TO MEET AND<br>CONFER AND TO SUBMIT<br>SCHEDULE<br><br>**DEATH PENALTY CASES** |

　　By order filed December 2, 2008 ("Order"), this Court found petitioner competent to litigate his habeas petitions in the above-titled cases. At the time the Order issued, all proceedings in said cases had been stayed pending petitioner's appeal to the Ninth Circuit, by which petitioner challenged the terms of the Court's August 21, 2008 protective order. Consequently, the Order directed the parties to set a status conference with the Court once petitioner's appeal was decided, to determine a litigation schedule for the resolution of petitioner's remaining claims. On August 5, 2009, the Ninth Circuit denied and dismissed petitioner's appeal. As a result, litigation of petitioner's cases in district court is ready to resume. To date, however, the parties have not sought to schedule a status conference.

1   Accordingly, with respect to each of petitioner's cases, counsel for petitioner and counsel for respondent are hereby ORDERED (1) to meet and confer within thirty (30) days of the date of this order, and (2) within thirty (30) days thereafter to submit a litigation schedule to the Court.  After receipt and review of the litigation schedule, the Court will schedule a status conference.

**IT IS SO ORDERED.**

DATED: November 24, 2009

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE