MICHAEL M. CRAIN, State Bar No. 45083
P. O. Box 3730
Santa Monica, California 90408
Telephone 310-571-3324
Fax 310-626-9983
E-mail: Michaelmcrain@aol.com

ROBERT D. BACON, State Bar No. 73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
Telephone 510-834-6219
Fax 510-444-6861
E-mail: bacon2254@aol.com

Attorneys for Petitioner

EDMUND G. BROWN, Jr.
Attorney General of the State of California
JAMES WILLIAM BILDERBACK II, State Bar No. 161306
STEPHANIE C. BRENAN, State Bar No. 183790
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Telephone 213-897-2049
Fax 213-897-6496
E-mail: DocketingLAAWT@doj.ca.gov
STEVEN T. OETTING, State Bar No. 142868
Supervising Deputy Attorney General
P.O. Box 85266
San Diego, California 92186
Telephone 619-645-2206
Fax 619-645-2271
E-mail: Steve.Oetting@doj.ca.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT FOR THE

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>      Petitioner,<br><br>vs.<br><br>VINCENT CULLEN, Acting Warden of San Quentin State Prison,<br><br>      Respondent. | No. C 98-2444 MMC<br>and No. C 00-3706 MMC<br><br>**DEATH PENALTY CASES**<br><br>**PROPOSED LITIGATION SCHEDULE and [PROPOSED] ORDER** |

Pursuant to the order of November 24, 2009 (98-2444 Doc. 210; 00-3706 Doc. 141), counsel for petitioner and respondent conferred by telephone on December 11, 2009, and have agreed upon the following:

1. For purposes of litigation, the claims in No. 98-2444 will be divided into nine groups as set forth in Appendix A and the claims in No.00-3706 will be divided into nine groups as set forth in Appendix B. The groups of claims will be briefed and presented to the Court for decision in the order indicated, beginning with group 1. Claims in the same numbered group in No. 98-2444 and No. 00-3706 will be presented to the Court for decision at approximately the same time, so the Court can consider them together.

2. With respect to claims in group 1 in No. 98-2444, petitioner will file a motion for summary judgment, motion for judgment on the pleadings, brief on the merits, or other appropriate document within 180 days after issuance of the Court's forthcoming scheduling order. With respect to the claims in group 1 in No. 00-3706, petitioner will file a similar document within 14 days after filing the motion or brief in No. 98-2444.

3. Respondent's responsive brief on group 1 in each case will be due 60 days after petitioner's motion or brief is filed. Petitioner's reply on group 1 in each case will be due within 30 days after respondent's responsive brief is filed. The claims in group 1 will then be ripe for decision by the Court, with or without oral argument as the Court prefers.

4. The same schedule will then be followed for the claims in group 2, with petitioner's motion or opening brief in No. 98-2444 due 180 days after the later of his two replies on group 1 claims is filed. Petitioner's motion or opening brief on group 2 claims in No. 00-3706 will be due 14 days later, and so forth.

5. The same schedule will then be followed for the claims in group 3.

6. Following the Court's decision on the claims in group 3 in both cases, counsel will meet and confer and present to the Court a proposed schedule for litigation of the remaining groups of claims. This will include a schedule for filing motions for evidentiary hearing and responses thereto, and a schedule for litigating questions of cause and prejudice with respect to claims the Court has previously found to be procedurally defaulted.

| | | |
|---|---|---|
| Dated: December 26, 2009 | | /s/ *Michael M. Crain* |
| | | MICHAEL M. CRAIN, Counsel for Petitioner |
| Dated: January 19, 2010 | | /s/ *Robert D. Bacon* |
| | | ROBERT D. BACON, Counsel for Petitioner |
| Dated: January 6, 2010 | | /s/ *James William Bilderback II* |
| | | JAMES WILLIAM BILDERBACK II, Counsel for Respondent in No. 98-2444 |
| Dated: January 6, 2010 | | /s/ *Stephanie C. Brenan* |
| | | STEPHANIE C. BRENAN, Counsel for Respondent in No. 98-2444 |
| Dated: January 15, 2010 | | /s/ *Steven T. Oetting* |
| | | STEVEN T. OETTING, Counsel for Respondent in No. 00-3706 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Signed _____January 27_____, 2010

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Pursuant to section X.B. of General Order No. 45, Robert D. Bacon, counsel for the petitioner, certifies that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ *Robert D. Bacon*