**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DAVID J. CARPENTER,

     Petitioner,

  v.

MICHAEL MARTEL,  Acting Warden of
California State Prison at San Quentin,

     Respondent.

NO. C 00-3706 MMC
NO. C 98-2444 MMC

ORDER AMENDING LITIGATION
 SCHEDULE

**DEATH PENALTY CASE**

   The Court hereby AMENDS the parties' litigation schedule, filed January 27, 2010.  For

purposes of judicial efficiency, the parties are hereby ORDERED to file briefing on Group II claims

only after the Court renders a decision on Group I claims.  The Court's orders as to Group I claims

will include a briefing schedule for Group II claims.

   **IT IS SO ORDERED.**

DATED: March 14, 2011

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE