MICHAEL M. CRAIN
    State Bar No. 45083
P. O. Box 3730
Santa Monica, California 90408
Telephone 310-571-3324
Fax 310-494-0750
E-mail: Michaelmcrain@aol.com

ROBERT D. BACON
    State Bar No. 73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
Telephone 510-834-6219
Fax 510-444-6861
E-mail: bacon2254@aol.com

Attorneys for Petitioner Carpenter

UNITED STATES DISTRICT COURT FOR THE

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>    Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Warden<br>of San Quentin State Prison,<br><br>    Respondent. | No. C 98-2444 MMC<br><br>**DEATH PENALTY CASE**<br><br>[PROPOSED] **ORDER GRANTING EXTENSION OF TIME** |

On application of Petitioner David J. Carpenter, and good cause appearing, IT IS ORDERED:

The due date for petitioner's reply brief in support of his Group 3 habeas corpus claims is extended by 32 days, from March 21, 2013, until **April 22, 2013.**

Signed March _11_, 2013, at San Francisco, California.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

**Order for Extension of Time**    No. C 98-2444 MMC