1  KAMALA D. HARRIS
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  LANCE E. WINTERS
   Senior Assistant Attorney General
4  KEITH H. BORJON
   Supervising Deputy Attorney General
5  JAMES WILLIAM BILDERBACK II
   Supervising Deputy Attorney General
6  State Bar No. 161306
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013
     Telephone:  (213) 897-2049
8    Fax:  (213) 897-6496
     E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

10 MICHAEL M. CRAIN
   State Bar No. 45083
11 P. O. Box 3730
   Santa Monica, California 90408
12 Telephone 310-571-3324
   Fax 310-494-0750
13 E-mail:  Michaelmcrain@aol.com

14 ROBERT D. BACON
   State Bar No. 73297
15 484 Lake Park Avenue, PMB 110
   Oakland, California 94610
16 Telephone 510-834-6219
   Fax 510-444-6861
17 E-mail: bacon2254@aol.com
   *Attorneys for Petitioner*

18

19                    IN THE UNITED STATES DISTRICT COURT

20                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

21

| 22 | **DAVID J. CARPENTER,** | CV 98-2444 MMC |
|---|---|---|
| 23 | Petitioner, | [~~PROPOSED~~] **SCHEDULING ORDER** |
| 24 | v. | |
| 25 | | The Hon. Maxine M. Chesney |
| 26 | **KEVIN CHAPPELL, Warden, California State Prison at San Quentin,** | U.S. District Court Judge |
| 27 | Respondent. | |

28

Having granted Respondent leave to file a Motion for Reconsideration of this Court's Order of March 5, 2008, denying in part Respondent's Motion to Dismiss, and pursuant to the agreement of the parties, the Court sets the following briefing schedule:

Respondent's Motion for Reconsideration is due by December 10, 2013.

Petitioner's response is due by February 10, 2014.

Respondent's reply is due by March 10, 2014.

The Court will entertain requests for reasonable extensions of these due dates.

Dated:  October 15, 2013

_____
The Honorable Maxine M. Chesney
United States District Court Judge

2

[PROPOSED] SCHEDULING ORDER   (CV 98-2444 MMC)