KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
JAMES WILLIAM BILDERBACK II
Supervising Deputy Attorney General
State Bar No. 161306
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2049
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

MICHAEL M. CRAIN
State Bar No. 45083
P. O. Box 3730
Santa Monica, California 90408
Telephone 310-571-3324
Fax 310-494-0750
E-mail:  Michaelmcrain@aol.com

ROBERT D. BACON
State Bar No. 73297
484 Lake Park Avenue, PMB 110
Oakland, California 94610
Telephone 510-834-6219
Fax 510-444-6861
E-mail: bacon2254@aol.com
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID J. CARPENTER,** | CV 98-2444 MMC |
| Petitioner, | **[PROPOSED] SCHEDULING ORDER** |
| v. | |
| **KEVIN CHAPPELL, Warden, California State Prison at San Quentin,** | The Hon. Maxine M. Chesney<br>U.S. District Court Judge |
| Respondent. | |

1

1  Having granted Respondent leave to file a Motion for Reconsideration of this Court's Order
2  of March 5, 2008, denying in part Respondent's Motion to Dismiss, and pursuant to the
3  agreement of the parties, the Court sets the following briefing schedule:
4  Respondent's Motion for Reconsideration is due by December 10, 2013.
5  Petitioner's response is due by February 10, 2014.
6  Respondent's reply is due by March 10, 2014.
7  The Court will entertain requests for reasonable extensions of these due dates.

9  Dated: October 15, 2013

_____
The Honorable Maxine M. Chesney
United States District Court Judge