IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of<br>California State Prison at San Quentin,<br><br>    Respondent. | NO. C 98-2444 MMC<br><br>ORDER APPROVING IN PART STIPULATION FOR OVERSIZE BRIEFING |

    Before the Court is a Stipulation for Administrative Relief, by which the parties agree petitioner may file, in opposition to respondent's motion for reconsideration, a brief of up to 50 pages in length. Having read and considered the stipulation and respondent's pending motion, the Court finds petitioner has demonstrated good cause to file an oversize brief, but not one of the length requested. Accordingly, the stipulation is hereby APPROVED in part, and petitioner may file an opposition brief of up to 35 pages in length.

    **IT IS SO ORDERED.**

DATED: January 23, 2014

                                       MAXINE M. CHESNEY
                                       United States District Judge