IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. CARPENTER,<br><br>        Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden, California State Prison at San Quentin,<br><br>        Respondent. | **CAPITAL CASE**<br><br>Case No. CV 98-2444 MMC<br><br>[~~PROPOSED~~] **SCHEDULING ORDER FOR THE REMAINING GROUP 4 CLAIMS** |

  Pursuant to the agreement of the parties, the court sets the following briefing schedule for the remaining Group 4 claims:

  Respondent's opening brief is due on February 17, 2015.

  Petitioner's response is due on May 18, 2015.

  Respondent's reply is due on June 17, 2015.

Dated: December 10, 2014

                        MAXINE M. CHESNEY
                        United States District Judge